# EXHIBIT 3

# U.S. SPECIALTY INSURANCE COMPANY

801 S. Figueroa St., Suite 700, Los Angeles, California 90017 (310) 649-0990

## RELEASE OF LIEN BOND

Bond No. 100685835

KNOW ALL MEN BY THESE PRESENTS:

That we BRIDGELINK ENGINEERING, LLC as Principal(s), and U.S. SPECIALTY INSURANCE COMPANY as Surety, being a surety company authorized to do business in the State of Texas are held and firmly bound unto MINING CONTROLS, LLC DBA ELGIN POWER SOLUTIONS, (Claimant) in the sum of FOUR HUNDRED SEVENTY-EIGHT THOUSAND EIGHT HUNDRED EIGHTY-SEVEN AND 24/100 *** ($ 478,887.24) lawful money of the United States for the payment of which well and truly to be made, we, jointly and severally, by these presents, to do firmly bind ourselves, our heirs, executors, administrators, successors and assigns.

WHEREAS, on the 1ST day of SEPTEMBER 2022 claimant filed a SECOND AMENDED AFFIDAVIT FOR MECHANICS LIEN NO. 2022-03521 for the sum of THREE HUNDRED NINETEEN THOUSAND TWO HUNDRED FIFTY-EIGHT AND 16/100 ($ 319,258.16) in the office of Clerk of the County of BOSQUE against ABST A0049 BERRY, J ACRES: 114.3600, PROPERTY ID R05231, ADDRESS: FM 708 CLIFTON, TX 76634.

The conditions of the above obligations are such that:

WHEREAS, said notice of lien purports to have been made and filed as prescribed in the Lien Law of the State of Texas, wherein such liens claims a lien against the above described property for and / on account of labor and or materials furnished to said BRIDGELINK ENGINEERING, LLC of TARRANT County, Texas, which labor and/or materials were furnished for the construction or improvement of such property, and

NOW, THEREFORE, the condition of this obligation is such that, if the above bound Principal shall well and truly pay any and all judgments which may be rendered against the said property in favor of the aforesaid lien, his successors or assigns, in any, action or proceeding to enforce said lien, then this obligation shall be void, otherwise to remain if full force and affect. Not to exceed the amount of FOUR HUNDRED SEVENTY-EIGHT THOUSAND EIGHT HUNDRED EIGHTY-SEVEN AND 24/100 *** ($ 478,887.24).

IN WITNESS WHEREOF, the Principal and Surety have hereunto set their hands and seals this 21ST day of SEPTEMBER, 2022.

ATTEST:  BY: _____
COLE W. JOHNSON, Principal

BY: _____
CORD H. JOHNSON, Principal

WITNESS: _J. Will Duke_
Will Duke

U.S. SPECIALTY INSURANCE COMPANY

BY: _Stacy Anne Owens_
STACY ANNE OWENS    Attorney in Fact

USSIC0009-1 06/07